[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: January 22, 2021

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:21−bk−00001−KSJ
Chapter 13

Kamlesh Vadher

_____Debtor*_____/

**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE SCHEDULES, STATEMENTS, CH. 12 OR CH. 13 PLAN**

THIS CASE came on for consideration without a hearing of the **Motion to Extend Deadline to File Schedules, Statements, Ch. 12 or Ch. 13 Plan** (Doc. **9** ), filed by **Debtor Kamlesh Vadher** .

The Court having considered the record, the Motion to Extend Deadline to File Schedules, Statements, Ch. 12 or Ch. 13 Plan is Granted .

Debtor shall have an extension to file a Chapter 13 Plan until January 29, 2021. No further extensions shall be granted. Failure to timely file a Chapter 13 Plan will result in the dismissal of this case without further notice or hearing.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Erik Washington is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.