**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In Re:

KAMLESH VADHER　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　CASE NO. 6:21-bk-00001
　　　Debtor.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Jennifer Englert, and hereby files his Notice of Appearance as counsel of record for the Creditor, North Shore at Lake Hart HOA, in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

　　　　　　　　　　　　　　　　/S/ Jennifer Englert_____
　　　　　　　　　　　　　　　　Jennifer Englert, Esq.
　　　　　　　　　　　　　　　　Florida Bar No. 180297
　　　　　　　　　　　　　　　　THE ORLANDO LAW GROUP, PL
　　　　　　　　　　　　　　　　12301 Lake Underhill Rd. Suite 213
　　　　　　　　　　　　　　　　Orlando, Florida 32828
　　　　　　　　　　　　　　　　Tel: (407) 512-4394
　　　　　　　　　　　　　　　　Fax: (407) 955-4654
　　　　　　　　　　　　　　　　E-Mail: jenglert@theorlandolawgroup.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail the 8th day of March 2021 to Kamlesh Vadher 5 Hill Ave. Orlando, FL 32801, Erik J. Washington The Washington Law Firm, P.A. PO Box 536086 Orlando, FL 32853, Laurie K. Weatherford PO Box 3450 Winter Park, FL 32790, and United States Trustee 400 West Washington Street, Suite 1100 Orlando, FL 32801.

　　　　　　　　　　　　　　　　/S/ Jennifer Englert_____
　　　　　　　　　　　　　　　　Jennifer Englert, Esq.