UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No: 6:21-bk-00001-KSJ
Chapter 13

KAMLESH VADHER,

    Debtor(s).
_____/

**MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**
(Property Description: 10136 Sandy Marsh Land Orlando, FL 32832 Loan Number Ending: 4511)

    The Debtor(s), Kamlesh Vadher, request entry of an order referring the Debtor(s) and PHH Mortgage Corporation, to mortgage modification mediation, and in support state:

1. Debtor(s) filed this Chapter 13 case in an attempt to retain their primary residence.

2. Debtor(s) would like to modify the terms of the mortgage encumbering their primary residence. The Debtor(s) income will allow them to contribute as much as 31 percent of their current net income to payment of the modified mortgage debt.

3. Mediation pursuant to Local Rule 9019-2 will assist the parties in negotiation of a modification of the relevant mortgage.

4. Debtor(s) and Creditor will pay the sum of $250.00 mediation cost directly to the Mediator within 7 days of the Order Referring Parties to Mediation.

5. Debtor(s) attorney request that he be awarded an additional $2,500.00 for the additional work in modifying their plan and attending and preparing for mediation of the mortgage modification.

    **WHEREFORE**, the Debtor(s) request the entry of an order referring this case to mediation and for such other further relief as this Court deems just and proper.

    /s/ *Erik J. Washington*
    **ERIK J. WASHINGTON**
    Florida Bar No. 77128
    The Washington Law Firm P.A.
    PO Box 536086
    Orlando, FL 32853
    Telephone: (407) 982-4130
    Fax: (407) 965-4423

E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via US First Class Mail, Certified U.S. Mail or electronic filing, on the 6th of April, 2021 to:

Laurie K. Weatherford, Trustee, Post Office Box 3450, Winter Park, FL 32790;

United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801;

Kamlesh Vadher, 5 Hill Ave. Orlando, FL 32801;

PHH Mortgage Corporation, Attn: Bankruptcy Department - P.O. Box 24605, West Palm Beach FL 33416;

Creditor's Attorney, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487

/s/  *Erik J. Washington*
**ERIK J. WASHINGTON**
Florida Bar No. 77128
The Washington Law Firm P.A.
PO Box 536086
Orlando, FL 32853
Telephone: (407) 982-4130
Fax: (407) 965-4423
E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*