

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/02/2021 11:00 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:21-bk-00001-KSJ** | 13 | 01/04/2021 |

**Chapter 13**

**DEBTOR:**   Kamlesh Vadher

**DEBTOR ATTY:**   Erik Washington

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

Motion by Debtor to Vacate Dismissal Order and Reinstate Chapter 13 Bankruptcy Case (Doc #22)
Note:
Order Dismissing Case for Failure to Comply With 11 U.S.C. §1308 and §521 ((Doc #20) - entered 3/23/21
Motion by Debtor for Referral to Mortgage Modification Mediation with PHH Mortgage Corporation re: 10136 Sandy Marsh Land Orlando, FL 32832, loan number ending in -4511 (Doc #23) 92 days
Prior Cases:
15-4861-CCJ, Chapter 13 filed 6/3/2015, Dismissed 9/4/2015 for failure to maintain plan payments
16-794-CCJ, Chapter 13 filed 2/8/2016, Dismissed 8/25/2018 for failure to maintain plan payments
18-6526-CCJ, Chapter 13 filed 10/22/2018, Dismissed 2/27/2019 for failure to maintain plan payments
.

**APPEARANCES::**   Laurie Weatherford (Trustee); Erik Washington (Debtor Atty);

**RULING:**
Motion by Debtor to Vacate Dismissal Order and Reinstate Chapter 13 Bankruptcy Case   (Doc #22) - Granted:Order by Washington;

Note:   If case is dismissed a one year injunction will be imposed;
(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.