ORDERED.

Dated: June 08, 2021

*Karen S. Jennemann*
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                  Case No: 6:21-bk-00001-KSJ
                                                            Chapter 13

KAMLESH VADHER,

      Debtor(s).
_____/

**<u>ORDER GRANTING DEBTOR'S MOTION AND REINSTATING CASE</u>**

This case came before this court for further hearing on June 2, 2021 at 11:00 AM, on the debtor's Motion to Vacate Dismissal Order and Reinstate Chapter 13 Bankruptcy Case (the "Motion") (Doc. No. 22). The Court considered the Motion, together with the record and finds that, it is

ORDERED:

1. The Motion (Doc. No. 22) is granted.

2. The case is reinstated.

3. The Order Dismissing Case (Doc. No. 20) is vacated.

1

Attorney Erik J. Washington is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.