UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                           CASE NO.: 6:21-bk-00001-KSJ

KAMLESH V\ADHER,

    Debtor(s).
_____/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE PROOF
OF SOCIAL SECURITY NUMBER(S) AND PROVIDE PHOTO IDENTIFICATION**

---

**Notice of Opportunity to Object and for Hearing**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 (and any other appropriate persons) within the time frame allowed within 21days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Dismiss Case for Failure to Provide Proof of Social Security Number(s) and provide Photo Identification, and as grounds states as follows:

1. That the Petition in this case was filed on January 4, 2021.

2. The Debtor(s) appeared and the Section 341 Meeting of Creditors, held on February 4, 2021, but failed to provide proof of their social security number(s) and did not provide photo identification, and therefore, could not be examined as required by Bankruptcy Rule 2003(b)(1).

3. The Trustee is unable to conclude the Section 341 Meeting of Creditors without this information.

WHEREFORE, the Trustee moves this Court to dismiss this case, and for such other relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was furnished by United States Mail, and/or by Electronic Notification, to: All Creditors and Parties in Interest as listed on the attached Court Mailing Matrix, this 2nd day of August, 2021.

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla. Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665

```
Label Matrix for local noticing        Deutsche Bank Trust Company            North Shore at Lake Hart HOA, Inc.
113A-6                                 6409 Congress Ave., Suite 100          215 Celebration Place
Case 6:21-bk-00001-KSJ                 Boca Raton, FL 33487-2853              Suite 115
Middle District of Florida                                                    Celebration, FL 34747-5424
Orlando
Mon Aug  2 13:17:53 EDT 2021

Orange County Tax Collector            Kamlesh Vadher                         Banco Popular
200 S. Orange Avenue, Suite 1600       5 Hill Ave.                            7 West 51st Street
Orlando, FL 32801-3410                 Orlando, FL 32801-2926                 New York, NY 10019-6910


Black Cub LLC -                        Crd Prt Asso                           Diversified Consultant
POB 31191                              Attn: Bankruptcy                       10550 Deerwood Park Blvd
Tampa, FL 33631-3191                   Po Box 802068                          Jacksonville, FL 32256-0596
                                       Dallas, TX 75380-2068


Eos Cca                                Fayfinancial                           Florida Department of Revenu
Po Box 981008                          939 W North Ave                        P. O. Box 6668
Boston, MA 02298-1008                  Chicago, IL 60642-7138                 Tallahassee, FL 32314-6668


Florida Department of Revenue -        Internal Revenue Service -             Ocwen Loan Servicing L
Bankruptcy Unit                        Post Office Box 7346                   12650 Ingenuity Dr
Post Office Box 6668                   Philadelphia PA 19101-7346             Orlando, FL 32826-2703
Tallahassee FL 32314-6668


Orange County CEB                      Orange County Tax Collector -          PHH Mortgage Corporation -
2450 W. 333rd St.                      PO Box 545100                          Attn: Bankruptcy Department
Orlando, FL 32839                      Orlando FL 32854-5100                  PO Box 24605
                                                                              West Palm Beach, FL 33416-4605


Laurie K Weatherford +                 United States Trustee - ORL7/13 7 +    Erik J Washington +
Post Office Box 3450                   Office of the United States Trustee    The Washington Law Firm, P.A.
Winter Park, FL 32790-3450             George C Young Federal Building        PO Box 536086
                                       400 West Washington Street, Suite 1100 Orlando, FL 32853-6086
                                       Orlando, FL 32801-2210


Keith Scott Labell +                   Jennifer A Englert +                   Nathalie C Rodriguez +
Robertson, Anschutz, Schneid, Crane    The Orlando Law Group                  Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100        12301 Lake Underhill Road, Suite 213   6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853              Orlando, FL 32828-4511                 Boca Raton, FL 33487-2853
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann                  (d)North Shore at Lake Hart HOA -      (u)Note: Entries with a '+' at the end of the
Orlando                                215 Celebration Place, Suite 115          name have an email address on file in CMECF
                                       Celebration, FL 34747-5424             ---------------------------------------------
                                                                              Note: Entries with a '-' at the end of the
                                                                              name have filed a claim in this case
```

End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26