

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/01/2021 10:15 AM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:21-bk-00001-KSJ** | 13 | 01/04/2021 |

**Chapter 13**

**DEBTOR:**    Kamlesh Vadher

**DEBTOR ATTY:**  Erik Washington

**TRUSTEE:**  Laurie Weatherford

**HEARING:**

(ZOOM)   1) Confirmation Hearing
Amended Chapter 13 Plan (Doc #25)
2) Motion for Referral to Mortgage Modification Mediation with PHH Mortgage Corporation regarding property address: 10136 Sandy Marsh Land Orlando, FL 32832, loan number ending in -4511 (Doc #23) filed 4/6/21
Note:
Pending:
Motion by Debtor to Determine Secured Status/Value of North Shore at Lake Hart HOA and to Strip Lien, Total Secured Amount Claimed $19474.83 (Doc #30) filed 7/30/21 w/neg ntc
Prior Cases:
15-4861-CCJ, Chapter 13 filed 6/3/2015, Dismissed 9/4/2015 for failure to maintain plan payments
16-794-CCJ, Chapter 13 filed 2/8/2016, Dismissed 8/25/2018 for failure to maintain plan payments
18-6526-CCJ, Chapter 13 filed 10/22/2018, Dismissed 2/27/2019 for failure to maintain plan payments
.

**APPEARANCES:**:   Laurie Weatherford (Trustee); Erik Washington (Debtor Atty);

**RULING:**
(ZOOM)   1) Confirmation Hearing -   cont. to Post Confirmation Status Conference on December 15, 2021 at 1:30 pm (AOCNFNG);

Amended Chapter 13 Plan   (Doc #25) - Confirmed (1 yr inj if dismissed):Order by Trustee;


2) Motion for Referral to Mortgage Modification Mediation with PHH Mortgage Corporation regarding property address: 10136 Sandy Marsh Land Orlando, FL 32832, loan number ending in -4511   (Doc #23) - Granted:Order by Court (**CM ENTER STANDARD ORDER GRANTING**);

3)   Motion by Debtor to Determine Secured Status/Value of North Shore at Lake Hart HOA and to Strip Lien, Total Secured Amount Claimed $19474.83   (Doc #30) - Granted:Order by Washington; (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.