ORDERED.

Dated:  September 08, 2021

*Karen S. Jennemann*
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                    CASE NO.: 6:21-bk-00001-KSJ
                                                                                          Chapter 13
KAMLESH VADHER,

        Debtor(s).
_____/

**ORDER GRANTING MOTION TO STRIP LIEN OF NORTH SHORE AT LAKE HART HOMEOWNERS ASSOCIATION, INC. AND FOR DETERMINATION THAT CLAIM IS UNSECURED**
**(Doc. 30)**

This matter came before this court for further hearing on September 1, 2021 at 10:15 AM, on the Debtor(s) Motion to Determine Secured Status/Value of NORTH SHORE AT LAKE HART HOMEOWNERS ASSOCIATION, INC. and to Strip Lien Effective Upon Discharge (The "Motion") (Doc. 30).  The Court considered the Motion, together with the record and finds that, it is

    **ORDERED**:

    1.    The Motion is GRANTED.

    2.    The Creditor has a Claim of Lien for Assessments recorded at OR Book 10703, Page 1800, of the Public Records of Orange County, Florida on the Debtor(s) real property, described as:

      Legal Description: Lot 110, North Shore at Lake Hart Parcel 3-
      Phase 2, according to the plat thereof as recorded in Plat Book 52,
      Pages 138 through 142 of the public record of Orange County,
      Florida
      Location: 10136 Sandy Marsh Ln., Orlando, FL 32832

   3. Because senior mortgage liens exceed the value of the property, the claim of Creditor shall be treated as an unsecured claim in this case.

   4. Creditor's Lien is void pursuant to 11 USC 506(d) and automatically extinguished upon entry of an Order of Discharge pursuant to 11 USC 1141 or 11 USC 1328.

   5. If this case is dismissed, Creditor's mortgage will no longer be considered void and shall be restored as a lien on the real property.

Attorney Erik J. Washington is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.