UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                    Case No: 6:21-bk-00001-GER
                                                                                          Chapter 13

KAMLESH VADHER,

    Debtor(s).
_____/

**MOTION FOR APPROVAL OF A TEMPORARY LOAN MODIFICATION OF DEBTOR'S REAL ESTATE MORTGAGE WITH PHH MORTGAGE CORPORATION**

Comes now the Debtor(s) by and through undersigned counsel and files this Motion for Approval of Temporary Loan Mortgage Modification of Debtor's Real Estate Mortgage with PHH Mortgage Corporation and in support thereof would state as follows:

1. The Debtor(s) has sought a mortgage modification with PHH Mortgage Corporation of the mortgage on the real property located in Seminole County, Florida commonly known as 10136 Sandy Marsh Ln., Orlando, FL 32832 and legally described as follows:

> Legal Description: Lot 110, North Shore at Lake Hart Parcel 3- Phase 2, according to the plat thereof as recorded in Plat Book 52, Pages 138 through 142 of the public record of Orange County, Florida
> Location: 10136 Sandy Marsh Ln., Orlando, FL 32832

2. The Debtor(s) has received notice that they have been approved for a mortgage modification through PHH Mortgage Corporation. Exhibit A

3. The three trial payments are $3,543.22 beginning on April 1, 2022.

4. The Debtor(s) is completing step one of a two-step documentation process.

5. The Payments should be sent to the following address: PHH Mortgage Services, 1 Mortgage Way SV22, Mt. Laurel, NJ 08054.

6. During the pendency of this case, payments to the Lender will be made by the Chapter 13 Trustee.

7. Any timely payment made by the Debtor to the Chapter 13 Trustee shall constitute a timely payment made on the trial period offer to the Lender.

8. Upon the Debtor's successful completion of the trial modification, the Lender shall promptly provide the Debtor with a permanent modification agreement

**WHEREFORE**, Debtor(s) requests this Honorable Court for an Order Granting Approval of a Temporary Loan Modification of Debtor's Real Estate Mortgage with PHH Mortgage Corporation, requiring PHH Mortgage Corporation to provide the permanent agreement in a timely manner, recognizing that payments made to the Chapter 13 Trustee will constitute timely payments to PHH Mortgage Corporation, and grant such other relief this court deems just and proper.

/s/ *Erik J. Washington*
**ERIK J. WASHINGTON**
Florida Bar No. 77128
The Washington Law Firm P.A.
PO Box 536086
Orlando, FL 32853
Telephone: (407) 982-4130
Fax: (407) 965-4423
E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished on the 24th day of March, 2022 via CM/ECF or U.S. Mail to:

Laurie K. Weatherford, Post Office Box 3450, Winter Park, FL 32790;

U.S. Trustee Office, 400 West Washington Street, Suite 1100 Orlando, Fl 32801;

Kamlesh Vadher, 5 Hill Ave. Orlando, FL 32801;

Creditor's Attorney, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487

PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416;

PHH Mortgage Corporation, Attn: President, Officer, Manager or Registered Agent where creditor routinely does business 1 Mortgage Way, Mount Laurel, NJ 08054;

PHH Mortgage Corporation, c/o, Corporation Service Company, Attn: President, Officer, Manager or Registered Agent where creditor routinely does business 1201 Hays St, Tallahassee, FL 32301;

/s/ *Erik J. Washington*___
**ERIK J. WASHINGTON**
Florida Bar No. 77128
The Washington Law Firm P.A.
PO Box 536086
Orlando, FL 32853
Telephone: (407) 982-4130
Fax: (407) 965-4423
E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*