**ORDERED.**

**Dated: March 25, 2022**

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No: 6:21-bk-00001-GER
                                                          Chapter 13

KAMLESH VADHER,

    Debtor(s).
_____/

**ORDER GRANTING MOTION FOR APPROVAL OF A TEMPORARY LOAN
MODIFICATION OF DEBTOR'S REAL ESTATE MORTGAGE WITH
PHH MORTGAGE CORPORATION**
(Doc. 55)

This cause having come before this Court on the Debtor(s) Motion for Approval of a Temporary Loan Mortgage Modification of Debtor's Real Estate Mortgage with PHH Mortgage Corporation (Doc. 55), and this Court having considered the matter and having found that it does have merit, **ORDERS AS FOLLOWS**:

    1.    The motion (Doc. 40) is granted.

    2.    The Trial Period Agreement with PHH Mortgage Corporation is hereby approved and the parties are ordered to comply with the terms of the agreement.

3. The Debtor(s) is authorized to seek a permanent mortgage modification agreement with PHH Mortgage Corporation (the "Lender") on the real property located in Orange County, Florida commonly known as 10136 Sandy Marsh Ln., Orlando, FL 32832 and legally described as follows:

> Legal Description: Lot 110, North Shore at Lake Hart Parcel 3- Phase 2, according to the plat thereof as recorded in Plat Book 52, Pages 138 through 142 of the public record of Orange County, Florida
> Location: 10136 Sandy Marsh Ln., Orlando, FL 32832

4. The trial period payments are in the amount of $3,543.22, principal, interest, taxes and insurance, beginning on April 1, 2022.

5. The payments should be sent to the following address: PHH Mortgage Services, 1 Mortgage Way SV22, Mt. Laurel, NJ 08054.

6. Debtor is authorized to take any and all necessary actions to effectuate the terms of the agreement with PHH Mortgage Corporation (the "Lender"). The Lender is ordered to comply with the terms of the agreement.

7. Debtor shall provide the Chapter 13 Trustee copies of the modification documents within ten days of finalization of the mortgage modification.

8. The modification agreement shall not modify the Lender's obligations under Fed. R. Bankr. P. 3002.1.

9. During the pendency of this case, payments to the Lender will be made by the Chapter 13 Trustee.

10. Any timely payment made by the Debtor to the Chapter 13 Trustee shall constitute a timely payment made on the trial period offer to the Lender.

11. Upon the Debtor's successful completion of the trial modification, the Lender shall promptly provide the Debtor with a permanent modification agreement.

12.     Any interested parties may object to this order within 14 days from the date of service of this order. If an interested party files such an objection within this time period, the court will schedule the objection for hearing on notice to the Debtor, Debtor's counsel, Chapter 13 Trustee and to the objecting party.

Attorney Erik J. Washington is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.