UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                      CASE NO.: 6:21-bk-00001-GER
Kamlesh Vadher,
        Debtor(s).

TRUSTEE'S OBJECTION TO
MOTION TO MODIFY CONFIRMED PLAN
Doc 53

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and objects to the Debtors' Motion to Modify Confirmed Plan, (Doc 53) and as grounds states as follows:

1.    The proposed Motion to Modify was filed with a conditional consent pursuant to the debtor being current through March.
2.    The time has run on the motion to modify and the debtor has not sent in their March payment and therefore is not current.

    WHEREFORE, the Trustee prays that this Court will deny the Debtor's Motion to Modify Confirmed Plan for all of the reasons outlined in this Objection, and for such other relief as the Court deems appropriate.

Kamlesh Vadher                                                          Erik J Washington
5 Hill Ave.                                                             The Washington Law Firm, P.A.
Orlando, FL 32801Paul L Urich                                           PO Box 536086
                                                                        Orlando, FL 32853

CERTIFICATE OF SERVICE

Copies of this document were furnished by first class U.S. Mail or by electronic transmission to the parties listed below on the 7th day of December, 2020.

                                                                                     /s/ Laurie K. Weatherford
                                                                                     LAURIE K. WEATHERFORD, Trustee
                                                                                     Stuart Ferderer, Esq. Attorney for Trustee
                                                                                     FL Bar No. 0746967
                                                                                     Ana De Villiers, Esq. Attorney for Trustee
                                                                                    FL Bar No. 0123201
                                                                                     Post Office Box 3450
                                                                                     Winter Park, FL 32790-3450
                                                                                     Telephone: (407) 648-8841