UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              CASE NO.: 6:21-bk-00001-GER
Kamlesh Vadher,
        Debtor(s).

TRUSTEE'S OBJECTION TO
MOTION TO MODIFY CONFIRMED PLAN
Doc 61

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and objects to the Debtors' Motion to Modify Confirmed Plan, (Doc 61) and as grounds states as follows:

1. The proposed Motion to Modify was filed to bring the debtor current. A previous Motion to Modify was filed (document 53) to bring the debtor current and for trial modification participation.
2. The first Motion to modify (doc 53) was objected to because the debtor was not current before the time ran.
3. This Motion to Modify (doc 61) does not bring the debtor current through May and there is no additional money to work with. They must send in $823.54 to make this work.

    WHEREFORE, the Trustee prays that this Court will deny the Debtor's Motion to Modify Confirmed Plan for all of the reasons outlined in this Objection, and for such other relief as the Court deems appropriate.

Kamlesh Vadher                                        Erik J Washington
5 Hill Ave.                                           The Washington Law Firm, PA
Orlando, FL 32801                                     PO Box 536086
                                                           Orlando, FL 32853

CERTIFICATE OF SERVICE

Copies of this document were furnished by first class U.S. Mail or by electronic transmission to the parties listed below on the 4th day of May, 2022.

                                                    /s/ Laurie K. Weatherford
                                                    LAURIE K. WEATHERFORD, Trustee
                                                    Stuart Ferderer, Esq. Attorney for Trustee
                                                    FL Bar No. 0746967
                                                    Ana De Villiers, Esq. Attorney for Trustee
                                                    FL Bar No. 0123201
                                                    Post Office Box 3450
                                                    Winter Park, FL 32790-3450
                                                    Telephone: (407) 648-8841