# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

IN RE:                                                                                  Case No:        6:21-bk-00001-GER

**KAMLESH VADHER**

                                        Debtor   /        Chapter 13

## TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
Pursuant to attached spreadsheet.

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 61).

## Certificate of Service

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 9th day of May, 2022.

**Debtor** - Kamlesh Vadher , 5 Hill Ave., Orlando, FL  32801

**Debtor'sAttorney -** Erik J Washington, The Washington Law Firm, Po Box 536086, Orlando, FL  32853

/S/ LAURIE K. WEATHERFORD
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

| DUE DATE | | 21-1 | | VADHER | | | | CLAIM 350 | | CLAIM 003 | | CLM 005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4th | | 2/4/2021 | | | 10.0% | ATTY | | MONITORING | | OCWEN LOAN | | NORTH SHORE |
| | | Unsecured | | Debtor Pmt | Tee Fee | FEES | | FEES | | SAND MARSH LN | | HOA |
| | 60 | | 60 | | | | | | | | | |
| 2/4/2021 | 1 | $0.00 | | $1,600.00 | $160.00 | $510.00 | | | | $930.00 | | STRIP |
| 3/4/2021 | 2 | $0.00 | | $1,600.00 | $160.00 | $510.00 | | | | $930.00 | | LIEN |
| 4/4/2021 | 3 | $0.00 | | $1,600.00 | $160.00 | $510.00 | | | | $930.00 | | |
| 5/4/2021 | 4 | $0.00 | | $1,600.00 | $160.00 | $510.00 | | | | $930.00 | | |
| 6/4/2021 | 5 | $0.00 | | $1,600.00 | $160.00 | $510.00 | | | | $930.00 | | |
| 7/4/2021 | 6 | $0.00 | 6 at | $1,600.00 | $160.00 | 6 at | $510.00 | 6 at | | $930.00 | | |
| 8/4/2021 | 7 | $0.00 | 1 at | $2,741.77 | $274.18 | 1 at | $1,487.59 | 1 at | $50.00 | 7 at | $930.00 | |
| 9/4/2021 | 8 | $10.00 | | $533.34 | $53.33 | | $430.01 | 1 at | $40.00 | | | |
| 10/4/2021 | 9 | ($0.00) | 2 at | $533.34 | $53.33 | 2 at | $430.01 | | $50.00 | | | |
| 11/4/2021 | 10 | ($0.00) | 1 at | $533.32 | $53.33 | 1 at | $429.99 | | $50.00 | 3 at | | |
| 12/4/2021 | 11 | $0.00 | | $2,741.77 | $274.18 | | $193.74 | | $50.00 | | $930.00 | |
| 1/4/2022 | 12 | $0.00 | | $2,741.77 | $274.18 | | $193.74 | | $50.00 | | $930.00 | |
| 2/4/2022 | 13 | $0.00 | 3 at | $2,741.77 | $274.18 | | $193.74 | 5 at | $50.00 | 3 at | $930.00 | |
| 3/4/2022 | 14 | $0.00 | | $276.38 | $27.64 | | $193.74 | | $55.00 | 1 at | Trial mod | |
| 4/4/2022 | 15 | $0.00 | 2 at | $276.38 | $27.64 | 5 at | $193.74 | 2 at | $55.00 | 1 at | payments | |
| 5/4/2022 | 16 | $0.00 | 1 at | $270.78 | $27.08 | 1 at | $193.70 | | $50.00 | 1 at | paid direct | |
| 6/4/2022 | 17 | $46.78 | 1 at | $4,200.00 | $420.00 | | | | $50.00 | | $3,543.22 | |
| 7/4/2022 | 18 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 8/4/2022 | 19 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 9/4/2022 | 20 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 10/4/2022 | 21 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 11/4/2022 | 22 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 12/4/2022 | 23 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 1/4/2023 | 24 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 2/4/2023 | 25 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 3/4/2023 | 26 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 4/4/2023 | 27 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 5/4/2023 | 28 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 6/4/2023 | 29 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 7/4/2023 | 30 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 8/4/2023 | 31 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 9/4/2023 | 32 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 10/4/2023 | 33 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 11/4/2023 | 34 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 12/4/2023 | 35 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 1/4/2024 | 36 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 2/4/2024 | 37 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 3/4/2024 | 38 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 4/4/2024 | 39 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 5/4/2024 | 40 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 6/4/2024 | 41 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 7/4/2024 | 42 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 8/4/2024 | 43 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 9/4/2024 | 44 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 10/4/2024 | 45 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 11/4/2024 | 46 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 12/4/2024 | 47 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 1/4/2025 | 48 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 2/4/2025 | 49 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 3/4/2025 | 50 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 4/4/2025 | 51 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 5/4/2025 | 52 | $15.18 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 6/4/2025 | 53 | $15.19 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 7/4/2025 | 54 | $15.19 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 8/4/2025 | 55 | $15.19 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 9/4/2025 | 56 | $15.19 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 10/4/2025 | 57 | $15.19 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 11/4/2025 | 58 | $14.90 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 12/4/2025 | 59 | $15.01 | | $6,200.00 | $620.00 | | | | $50.00 | | $3,543.22 | |
| 1/4/2026 | 60 | $14.96 | 43 at | $6,200.00 | $620.00 | | | 45 at | $50.00 | 44 at | $3,543.22 | |
| | | | | | | | | | | | | |
| LIQ 0 | | $708.91 | | $293,790.62 | $29,379.06 | | $7,000.00 | | $2,700.00 | | $165,201.68 | |
| DISP: 1598.60 | | $69,929.06 | | | | | ATTY | | CLAIM 350 | | CLAIM 003 | CLM 005 |
| TAXES: EXEMPT | | 1% | | | | | $7,000.00 | | $2,700.00 | | ONGOING | |
| | | | | | | | | | | | 55800.00 | |
| | | | | | | | | | | | MMM | |

| DUE DATE 4th | | CLAIM 001 ORANGE CO TAX | | CLAIM 002 BLACK CUB 2019 TAX CERT | | CLAIM 004 PRI IRS | | CLAIM 006 FL DOR | | CLM 303 PHH MTG POST-PET ARR | | CLM 305 NORTH SHORE Post Pet Assesment | NORT Post Pe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | $2,959.98 | | | | | | | |
| 2/4/2021 | 1 | | | | | | | | | | | | |
| 3/4/2021 | 2 | | | | | | | | | | | | |
| 4/4/2021 | 3 | | | | | | | | | | | | |
| 5/4/2021 | 4 | | | | | | | | | | | | |
| 6/4/2021 | 5 | | | | | | | | | | | | |
| 7/4/2021 | 6 | | | | | | | | | | | | |
| 8/4/2021 | 7 | | | | | | | | | | | | |
| 9/4/2021 | 8 | | | | | | | | | | | | |
| 10/4/2021 | 9 | | | | | | | | | | | | |
| 11/4/2021 | 10 | 10 at | | 10 at | | 10 at | | | | 10 at | | | |
| 12/4/2021 | 11 | | $253.72 | | $475.28 | | $265.92 | | | | $298.93 | | |
| 1/4/2022 | 12 | | $253.72 | | $475.28 | | $265.92 | | | | $298.93 | | |
| 2/4/2022 | 13 | 3 at | $253.72 | 3 at | $475.28 | 3 at | $265.92 | | | 3 at | $298.93 | | |
| 3/4/2022 | 14 | | | | | | | | | | | | |
| 4/4/2022 | 15 | | | | | | | | | | | | |
| 5/4/2022 | 16 | | | | | | | | | | | 16 at | |
| 6/4/2022 | 17 | 4 at | | 4 at | | 4 at | | 17 at | | 4 at | | $140.00 | 17 at |
| 7/4/2022 | 18 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 8/4/2022 | 19 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 9/4/2022 | 20 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 10/4/2022 | 21 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 11/4/2022 | 22 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 12/4/2022 | 23 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 1/4/2023 | 24 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 2/4/2023 | 25 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 3/4/2023 | 26 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 4/4/2023 | 27 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 5/4/2023 | 28 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 6/4/2023 | 29 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 7/4/2023 | 30 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 8/4/2023 | 31 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 9/4/2023 | 32 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 10/4/2023 | 33 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 11/4/2023 | 34 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 12/4/2023 | 35 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 1/4/2024 | 36 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 2/4/2024 | 37 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 3/4/2024 | 38 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 4/4/2024 | 39 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 5/4/2024 | 40 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 6/4/2024 | 41 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 7/4/2024 | 42 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 8/4/2024 | 43 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 9/4/2024 | 44 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 10/4/2024 | 45 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 11/4/2024 | 46 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 12/4/2024 | 47 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 1/4/2025 | 48 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 2/4/2025 | 49 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 3/4/2025 | 50 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 4/4/2025 | 51 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.03 | $140.00 | |
| 5/4/2025 | 52 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | 35 at | $44.03 | $140.00 | |
| 6/4/2025 | 53 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.02 | $140.00 | |
| 7/4/2025 | 54 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.02 | $140.00 | |
| 8/4/2025 | 55 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.02 | $140.00 | |
| 9/4/2025 | 56 | | $277.31 | | $137.98 | | $55.65 | | $1,173.35 | | $44.02 | $140.00 | |
| 10/4/2025 | 57 | | $277.31 | | $137.98 | 40 at | $55.65 | | $1,173.35 | | $44.02 | $140.00 | |
| 11/4/2025 | 58 | | $277.31 | | $137.98 | 1 at | $55.94 | 41 at | $1,173.35 | | $44.02 | $140.00 | |
| 12/4/2025 | 59 | | $277.31 | 42 at | $137.98 | | $55.65 | 1 at | $1,173.53 | | $44.02 | $140.00 | |
| 1/4/2026 | 60 | 43 at | $277.31 | 1 at | $138.21 | 2 at | $55.65 | | $1,173.35 | | $44.02 | $140.00 | |
| | | | | | | | | | | | | | |
| LIQ 0 | | | $12,685.49 | | $7,359.21 | | $3,191.00 | | $50,454.23 | | $2,790.00 | $6,160.00 | |
| DISP: 1598.60 | | | CLAIM 001 | | CLAIM 002 | | CLAIM 004 | | CLAIM 006 | | CLAIM 303 | 6160.00 | |
| TAXES: EXEMPT | | | 12685.49 | | 7359.21 | | 3191.00 | | 50454.23 | | 2790.00 | CLM 305 | |
| | | | PD @ 18% | | | | PD @ 3% | | | | Reflects skipped | ogoing | |
| | | | | | | | | | | | mortgage pmts | monthly | |

| DUE DATE | | CLM 405 |
|---|---|---|
| 4th | | H SHORE |
| | | t Balance |
| | 60 | |
| 2/4/2021 | 1 | |
| 3/4/2021 | 2 | |
| 4/4/2021 | 3 | |
| 5/4/2021 | 4 | |
| 6/4/2021 | 5 | |
| 7/4/2021 | 6 | |
| 8/4/2021 | 7 | |
| 9/4/2021 | 8 | |
| 10/4/2021 | 9 | |
| 11/4/2021 | 10 | |
| 12/4/2021 | 11 | |
| 1/4/2022 | 12 | |
| 2/4/2022 | 13 | |
| 3/4/2022 | 14 | |
| 4/4/2022 | 15 | |
| 5/4/2022 | 16 | |
| 6/4/2022 | 17 | |
| 7/4/2022 | 18 | $143.28 |
| 8/4/2022 | 19 | $143.28 |
| 9/4/2022 | 20 | $143.28 |
| 10/4/2022 | 21 | $143.28 |
| 11/4/2022 | 22 | $143.28 |
| 12/4/2022 | 23 | $143.28 |
| 1/4/2023 | 24 | $143.28 |
| 2/4/2023 | 25 | $143.28 |
| 3/4/2023 | 26 | $143.28 |
| 4/4/2023 | 27 | $143.28 |
| 5/4/2023 | 28 | $143.28 |
| 6/4/2023 | 29 | $143.28 |
| 7/4/2023 | 30 | $143.28 |
| 8/4/2023 | 31 | $143.28 |
| 9/4/2023 | 32 | $143.28 |
| 10/4/2023 | 33 | $143.28 |
| 11/4/2023 | 34 | $143.28 |
| 12/4/2023 | 35 | $143.28 |
| 1/4/2024 | 36 | $143.28 |
| 2/4/2024 | 37 | $143.28 |
| 3/4/2024 | 38 | $143.28 |
| 4/4/2024 | 39 | $143.28 |
| 5/4/2024 | 40 | $143.28 |
| 6/4/2024 | 41 | $143.28 |
| 7/4/2024 | 42 | $143.28 |
| 8/4/2024 | 43 | $143.28 |
| 9/4/2024 | 44 | $143.28 |
| 10/4/2024 | 45 | $143.28 |
| 11/4/2024 | 46 | $143.28 |
| 12/4/2024 | 47 | $143.28 |
| 1/4/2025 | 48 | $143.28 |
| 2/4/2025 | 49 | $143.28 |
| 3/4/2025 | 50 | $143.28 |
| 4/4/2025 | 51 | $143.28 |
| 5/4/2025 | 52 | $143.28 |
| 6/4/2025 | 53 | $143.28 |
| 7/4/2025 | 54 | $143.28 |
| 8/4/2025 | 55 | $143.28 |
| 9/4/2025 | 56 | $143.28 |
| 10/4/2025 | 57 | $143.28 |
| 11/4/2025 | 58 | $143.28 |
| 12/4/2025 | 59 | $143.28 |
| 1/4/2026 | 60 | $143.28 |
| | | |
| LIQ 0 | | $6,161.04 |
| DISP: 1598.60 | | 6161.04 |
| TAXES: EXEMPT | | CLM 405 |
| | | balance o |

| DUE DATE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4th | | | | | | | | | | | |
| | | | | | | | | | | FINAL | |
| | 60 | | | | | | | | | | |
| 2/4/2021 | 1 | | | | | | | | | | |
| 3/4/2021 | 2 | | | | | | | | | | |
| 4/4/2021 | 3 | | | | | | | | | | |
| 5/4/2021 | 4 | | | | | | | | | | |
| 6/4/2021 | 5 | | | | | | | | | | |
| 7/4/2021 | 6 | | | | | | | | | | |
| 8/4/2021 | 7 | | | | | | | | | | |
| 9/4/2021 | 8 | | | | | | | | | | |
| 10/4/2021 | 9 | | | | | | | | | | |
| 11/4/2021 | 10 | | | | | | | | | | |
| 12/4/2021 | 11 | | | | | | | | | | |
| 1/4/2022 | 12 | | | | | | | | | | |
| 2/4/2022 | 13 | | | | | | | | | | |
| 3/4/2022 | 14 | | | | | | | | | | |
| 4/4/2022 | 15 | | | | | | | | | | |
| 5/4/2022 | 16 | | | | | | | | | | |
| 6/4/2022 | 17 | | | | | | | | | | |
| 7/4/2022 | 18 | | | | | | | | | | |
| 8/4/2022 | 19 | | | | | | | | | | |
| 9/4/2022 | 20 | | | | | | | | | | |
| 10/4/2022 | 21 | | | | | | | | | | |
| 11/4/2022 | 22 | | | | | | | | | | |
| 12/4/2022 | 23 | | | | | | | | | | |
| 1/4/2023 | 24 | | | | | | | | | | |
| 2/4/2023 | 25 | | | | | | | | | | |
| 3/4/2023 | 26 | | | | | | | | | | |
| 4/4/2023 | 27 | | | | | | | | | | |
| 5/4/2023 | 28 | | | | | | | | | | |
| 6/4/2023 | 29 | | | | | | | | | | |
| 7/4/2023 | 30 | | | | | | | | | | |
| 8/4/2023 | 31 | | | | | | | | | | |
| 9/4/2023 | 32 | | | | | | | | | | |
| 10/4/2023 | 33 | | | | | | | | | | |
| 11/4/2023 | 34 | | | | | | | | | | |
| 12/4/2023 | 35 | | | | | | | | | | |
| 1/4/2024 | 36 | | | | | | | | | | |
| 2/4/2024 | 37 | | | | | | | | | | |
| 3/4/2024 | 38 | | | | | | | | | | |
| 4/4/2024 | 39 | | | | | | | | | | |
| 5/4/2024 | 40 | | | | | | | | | | |
| 6/4/2024 | 41 | | | | | | | | | | |
| 7/4/2024 | 42 | | | | | | | | | | |
| 8/4/2024 | 43 | | | | | | | | | | |
| 9/4/2024 | 44 | | | | | | | | | | |
| 10/4/2024 | 45 | | | | | | | | | | |
| 11/4/2024 | 46 | | | | | | | | | | |
| 12/4/2024 | 47 | | | | | | | | | | |
| 1/4/2025 | 48 | | | | | | | | | | |
| 2/4/2025 | 49 | | | | | | | | | | |
| 3/4/2025 | 50 | | | | | | | | | | |
| 4/4/2025 | 51 | | | | | | | | | | |
| 5/4/2025 | 52 | | | | | | | | | | |
| 6/4/2025 | 53 | | | | | | | | | | |
| 7/4/2025 | 54 | | | | | | | | | | |
| 8/4/2025 | 55 | | | | | | | | | | |
| 9/4/2025 | 56 | | | | | | | | | | |
| 10/4/2025 | 57 | | | | | | | | | | |
| 11/4/2025 | 58 | | | | | | | | | | |
| 12/4/2025 | 59 | | | | | | | | | | |
| 1/4/2026 | 60 | | | | | | | | | | |

LIQ 0
DISP: 1598.60
TAXES: EXEMPT

wed thru May