**ORDERED.**

**Dated: May 24, 2022**

Grace E. Robson
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

| | |
|---|---|
| In re: | Case No: 6:21-bk-00001-GER |
| **KAMLESH VADHER** | |
| Debtor / | Chapter 13 |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court at a hearing on May 9, 2022 upon the Debtor's Motion to Modify Confirmed Plan, (Document No.61) and the Consent filed by the Trustee (Document No.64). The Trustee, in her review of the Motion to Modify, noted the Debtor certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby

**ORDERED AND ADJUDGED:**

1. That the Debtor's Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on September 09, 2021 shall remain the same and in full force and effect.

3. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of this confirmation order and the distribution of the Plan payments set forth herein. Further, the numbers in the exhibit to the Confirmation Order reflect the disbursement codes that will be used for all funds received by the Trustee. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of said disbursement codes as well. DUE TO THE RES JUDICATA EFFECT OF THE CONFIRMATION ORDER AND THE SPECIFIC PROVISIONS THEREIN, IT IS IMPERATIVE THAT COUNSEL FOR ALL INTERESTED PARTIES REVIEW THIS ORDER THOROUGHLY AND TIMELY TAKE ALL STEPS NECESSARY TO CORRECT ANY PERCEIVED INACCURACIES.

4. Trustee's Objection to Motion to Modify (Document No.62) was withdrawn (Document No.63).

6:21-bk-00001-GER                    ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

Exhibit  "A"

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Erik J Washington | Attorney Fee | $7,000.00 | $7,000.00 | | | |
| | | | | | | 01-06/ | $510.00 |
| | | | | | | 07-07/ | $1,487.59 |
| | | | | | | 08-09/ | $430.01 |
| | | | | | | 10-10/ | $429.99 |
| | | | | | | 11-15/ | $193.74 |
| | | | | | | 16-16/ | $193.70 |
| 001 | Orange County Tax Collector | Secured | $6,783.90 | $12,685.49 | ( 1 ) | | |
| | | | | | | 01-10/ | $0.00 |
| | | | | | | 11-13/ | $253.72 |
| | | | | | | 14-17/ | $0.00 |
| | | | | | | 18-60/ | $277.31 |
| 002 | Black Cub, Llc | Secured | $7,359.21 | $7,359.21 | ( 2 ) | | |
| | | | | | | 01-10/ | $0.00 |
| | | | | | | 11-13/ | $475.28 |
| | | | | | | 14-17/ | $0.00 |
| | | | | | | 18-59/ | $137.98 |
| | | | | | | 60-60/ | $138.21 |
| 003 | Phh Mortgage Services | Ongoing Mortgage | $577,312.88 | $0.00 | ( 3 ) | | |
| | | | | | | 01-07/ | $930.00 |
| | | | | | | 08-10/ | $0.00 |
| | | | | | | 11-13/ | $930.00 |
| | | | | | | 14-16/ | $0.00 |
| | | | | | | 17-60/ | $3,543.22 |
| 004 | Internal Revenue Service | Priority | $2,959.98 | $3,191.00 | ( 4 ) | | |
| | | | | | | 01-10/ | $0.00 |
| | | | | | | 11-13/ | $265.92 |
| | | | | | | 14-17/ | $0.00 |
| | | | | | | 18-57/ | $55.65 |
| | | | | | | 58-58/ | $55.94 |
| | | | | | | 59-60/ | $55.65 |
| 005 | Access Management | General Unsecured | $19,474.83 | $19,474.83 | ( 5 ) | 01-60/ | Pro Rata |
| 006 | Florida Department Of Revenue | Priority | $50,454.23 | $50,454.23 | | | |
| | | | | | | 01-17/ | $0.00 |
| | | | | | | 18-58/ | $1,173.35 |
| | | | | | | 59-59/ | $1,173.53 |
| | | | | | | 60-60/ | $1,173.35 |

| 6:21-bk-00001-GER | | ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN | | | | |
|---|---|---|---|---|---|---|
| 303 | Phh Mortgage Services | Other Arrears | $2,790.00 | $2,790.00 | ( 6 ) | |
| | | | | | 01-10/ | $0.00 |
| | | | | | 11-13/ | $298.93 |
| | | | | | 14-17/ | $0.00 |
| | | | | | 18-52/ | $44.03 |
| | | | | | 53-60/ | $44.02 |
| 305 | Access Management | Secured | $6,160.00 | $6,160.00 | ( 7 ) | |
| | | | | | 01-16/ | $0.00 |
| | | | | | 17-60/ | $140.00 |
| 350 | Erik J Washington | Monitoring Fees | $2,700.00 | $2,700.00 | ( 8 ) | |
| | | | | | 01-06/ | $0.00 |
| | | | | | 07-07/ | $50.00 |
| | | | | | 08-08/ | $40.00 |
| | | | | | 09-13/ | $50.00 |
| | | | | | 14-15/ | $55.00 |
| | | | | | 16-60/ | $50.00 |
| 405 | Access Management | Secured | $6,161.04 | $6,161.04 | ( 9 ) | |
| | | | | | 01-17/ | $0.00 |
| | | | | | 18-60/ | $143.28 |
| 506 | Florida Department Of Revenue | General Unsecured | $50,454.23 | $50,454.23 | 01-60/ | Pro Rata |

Note ( 1 )   THIS CLAIM REPRESENTS 2020 PROPERTY TAX ON DEBTOR'S HOMESTEADE. CLAIM INCLUDES 18% INTEREST PER ANNUM BASED ON A SIXTY(60) MONTH PLAN.

Note ( 2 )   THIS CLAIM REPRESENTS 2019 PROPERTY TAX CERTIFICATE FOR DEBTOR HOMESTEAD.

Note ( 3 )   TRIAL MOD ORDER 3/25/2022 - DOCKET NO. 56

PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $577,312.88. THE PLAN PROPOSES A MODIFIED PAYMENT TO THE CREDITOR. FOURTEEN (14) DAYS FOLLOWING THE FILING OF THE MEDIATORS REPORT THE DEBTOR SHALL EITHER MODIFY TO PAY THIS CLAIM AS FILED, OR MODIFY TO PAY THE MODIFIED MORTGAGE PAYMENT IF DIFFERENT THAN WHAT IS BEING PAID UNDER THE PLAN. IF NEITHER IS DONE, RELIEF FROM THE AUTOMATIC STAY IS GRANTED TO THIS CREDITOR WITHOUT FURTHER HEARING. A POST-CONFIRMATION STATUS CONFERENCE HAS BEEN SCHEDULED FOR DECEMBER 15, 2021 @ 1:30PM. IF PARTIES HAVE REACHED AN AGREEMENT, AND COMPLIED WITH THE MEDIATION PROVISIONS IN THIS ORDER, THE HEARING WILL BE CANCELED.

Note ( 4 )   CLAIM HAS BEEN AMORTIZED TO BE PAID WITH 3% INTEREST PER ANNUM IN ORDER TO PROVIDE FOR THE PAYMENT OF CLAIM PLUS INTEREST AND PENALTIES THAT MAY BE ASSESSED DURING THE PLAN TERM.

Note ( 5 )   CLAIM FILED AS A SECURED CLAIM IN THE AMOUNT OF $19,474.83. PURSUANT TO ORDER GRANTING MOTION TO STRIP LIEN AND DETERMINATION THAT CLAIM IS UNSECURED FILED ON 9/9/2021, CLAIM ALLOWED AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $19,474.83. LIEN SHALL BE AVOIDED UPON COMPETION OF PLAN.

Note ( 6 )   POST PETITION ARREARS

Note ( 7 )   ONGOING MONTHLY ASSESSMENTS

Note ( 8 )   THIS CLAIM REPRESENTS ATTORNEY MONITORING FEES.

6:21-bk-00001-GER                    ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

Note ( 9)    POST PETITION BALANCE OWED THROUGH MAY.

## Debtor Payments to the Trustee

| Months | Amount |
|---|---|
| 1-6 | $1,600.00 |
| 7-7 | $2,741.77 |
| 8-9 | $533.34 |
| 10-10 | $533.32 |
| 11-13 | $2,741.77 |
| 14-15 | $276.38 |
| 16-16 | $270.78 |
| 17-17 | $4,200.00 |
| 18-60 | $6,200.00 |

6:21-bk-00001-GER                    ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE: In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is January 04, 2026. Therefore, it is important that the Debtor resumes their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Trustee Laurie K. Weatherford is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.