**ORDERED.**

**Dated: July 14, 2022**

_____
Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6:21-bk-00001-GER
Chapter 13

In re:

KAMLESH VADHER,

    Debtors.
_____/

**ORDER DISMISSING CASE WITH A
<u>1 YEAR INJUNCTION AGAINST RE-FILING</u>**
(THIS ORDER IS EFFECTIVE ON THE 15TH DAY FOLLOWING DATE OF ENTRY)

    THIS CASE came on for consideration without a hearing upon the Trustee's Motion to Dismiss Case for Debtor's Failure to Provide Copies of 2021 Income Tax Return (Document No. 71).  The Court, being fully informed in the premises, finds that as a proceeding memo entered on June 2, 2021 reflects that if the case is ever dismissed, a one year injunction will be imposed (Document No. 26), finds that the Trustee's Motion has merit and that this case should be dismissed with a 1 year injunction against re-filing.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED AS FOLLOWS:**

1. The Trustee's Motion to Dismiss Case for Debtor's Failure to Provide Copies of 2021 Tax Return (Document No. 71) is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Pursuant to the provisions of 11 U.S.C. Sections 105(a) and 109(g), ***the Debtor is enjoined from filing for relief under Title 11 of the United States Code for a period of one (1) year from the effective date of this order***. Any attempt to invoke the automatic stay provisions of 11 U.S.C. Section 362 is hereby annulled during the injunction period provided above.

4. All pending hearings are cancelled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or an Order to Show Cause over which the Court hereby reserves jurisdiction.

5. Notwithstanding any other Court Orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's Final Report. Upon the filing of the Final Report, the Trustee will be discharged of all duties as Trustee.

6. Debtor, the Trustee or any party in interest may, within 14 days of the date of this Order, file a motion requesting the Court examine fees paid to Debtors' attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

7. The Court reserves jurisdiction to determine timely filed applications for administrative expenses.

**Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three (3) days of the entry of this order**