UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No: 6:21-bk-00001-GER
Chapter 13

KAMLESH VADHER,

    Debtor(s).

_____/

**MOTION FOR APPROVAL OF A PERMANENT MORTGAGE MODIFICATION**
**WITH PHH MORTGAGE CORPORATION**
(Re: 10136 Sandy Marsh Land Orlando, FL 32832 Loan Number Ending: 4511)

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Ste. 5100, Orlando, Florida 32801, and serve a copy on the movant's attorney, The Washington Law Firm, PA, PO Box 536086, Orlando, FL 32853, and any other appropriate persons within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

    Comes now the Debtor(s) by and through Counsel undersigned and files this Motion for Approval of a Permanent Mortgage Modification with PHH Mortgage Corporation and in support thereof would state as follows:

    1.    The Debtor(s) sought a mortgage modification through PHH Mortgage Corporation.

2.  PHH Mortgage Corporation offered the Debtors a loan modification and the Debtor(s) have accepted the terms, as set forth in the attached "Loan Modification Agreement." (Exhibit A)

3.  The modified payment is $3,540.98, of which $2,263.13 is principal and interest the balance includes escrow for taxes and insurance, and shall begin on July 1, 2022.

4.  The current Unpaid Principal Balance is $261,757.61. The New Principal Balance of the Note will be $452,324.35.

5.  The "The Interest Bearing Principal Balance is $452,324.35.shall be amortized as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal & Interest Payment | Estimated Monthly Escrow Payment* | Total Monthly Payment* | Payment Begins on | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-13.17 | 3.75% | 7/1/2022 | $2,263.13 | $1,277.85 | $3,540.98 | 8/1/2022 | 158 |

*adjusts periodically

6.  The "New Unpaid Principal Balance" and any other amounts still owed according to the terms of the Loan Modification Agreement shall be due and payable in full by the earliest of 1) the sale or transfer of any of Debtor(s) interest in the property subject to the mortgage, 2) the date Debtor(s) pay the entire "Interest Bearing Principal Balance", or 3) the "Maturity Date" of September 1, 2035.

7.  The modification agreement should be filed in the public records of Orange County, Florida.

8.  Payments to the Chapter 13 Trustee constitute timely payments to PHH Mortgage Corporation.

9.  Payments will be made by the Debtor(s) to the Chapter 13 Trustee. All payments to the Chapter 13 Trustee will constitute timely payments to PHH Mortgage Corporation.

10. The Payments should be sent to the following address: PHH Mortgage Services, 1 Mortgage Way SV22, Mt. Laurel, NJ 08054.

**WHEREFORE**, Debtor(s) requests this Honorable Court for its Order to Approve the Permanent Loan Modification with PHH Mortgage Corporation, to direct PHH Mortgage Corporation to file the agreement with Orange County, Florida, to order that payments to the Chapter 13 Trustee constitute timely payments to PHH Mortgage Corporation and grant such other relief that may be deemed just and proper in the circumstances.

/s/   Erik J. Washington
**ERIK J. WASHINGTON**
Florida Bar No. 77128
The Washington Law Firm P.A.
PO Box 536086
Orlando, FL 32853
Telephone: (407) 982-4130
Fax: (407) 965-4423
E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via US First Class Mail, Certified U.S. Mail or electronic filing, on the 12th of August, 2022 to:

Laurie K. Weatherford, Trustee, Post Office Box 3450, Winter Park, FL 32790;

United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801;

Kamlesh Vadher, 5 Hill Ave. Orlando, FL 32801;

Creditor's Attorney, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487

PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416;

PHH Mortgage Corporation, Attn: President, Officer, Manager or Registered Agent where creditor routinely does business 1 Mortgage Way, Mount Laurel, NJ 08054;

PHH Mortgage Corporation, c/o, Corporation Service Company, Attn: President, Officer, Manager or Registered Agent where creditor routinely does business 1201 Hays St, Tallahassee, FL 32301

/s/  *Erik J. Washington*
**ERIK J. WASHINGTON**
Florida Bar No. 77128
The Washington Law Firm P.A.
PO Box 536086
Orlando, FL 32853
Telephone: (407) 982-4130
Fax: (407) 965-4423
E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*